FILED

11 APR 20 PM 2:44

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '11 CR 1513 LAB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2261A(2) - Cyberstalking; Title 18, U.S.C., Sec. 2261A(1) - Interstate Stalking; Title 47, U.S.C., Sec. 223(a)(1)(D) - Harassing Telephone Calls |
| MICHAEL FRANCIS LUTZ, | |
| Defendant. | |

The grand jury charges:

## Count 1

Between September 1, 2009, and January 31, 2010, within the Southern District of California and elsewhere, defendant MICHAEL FRANCIS LUTZ, with the intent to harass and place under surveillance with intent to harass and intimidate and cause substantial emotional distress to a person in another State, used the mail, an interactive computer service, and a facility of interstate or foreign commerce to engage in a course of conduct that caused substantial emotional distress to Tiffaney Albertson who was at that time in other states, to wit: New York and Louisiana; in violation of Title 18, United States Code, Section 2261A(2).

//

//

EJK:nlv-kst:San Diego
4/19/11

## Count 2

In or around December 2009, within the Southern District of California and elsewhere, defendant MICHAEL FRANCIS LUTZ did travel in interstate or foreign commerce, with the intent to harass and place under surveillance with intent to harass and intimidate another person, and in the course of, or as a result of, such travel caused substantial emotional distress to Tiffaney Albertson; in violation of Title 18, United States Code, Section 2261A(1).

## Count 3

Between September 1, 2009, and January 31, 2010, within the Southern District of California and elsewhere, defendant MICHAEL FRANCIS LUTZ, in interstate or foreign communications, did make and cause the telephone of Tiffaney Albertson repeatedly and continuously to ring, with intent to harass Tiffaney Albertson; in violation of Title 47, United States Code, Section 223(a)(1)(D).

DATED: April 20, 2011.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
EMILY KEIFER
Assistant U.S. Attorney